**Seyfarth**

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York 10018

**T** (212) 218-5500

**F** (212) 218-5526

kwinnick@seyfarth.com

T (212) 218-5510

www.seyfarth.com

December 16, 2025

**MEMO ENDORSED**

**VIA ECF**

Hon. Katherine Polk Failla

United States District Court Judge

United States District Court for the Southern District of New York

40 Foley Square, Room 2103

New York, New York 10007

**Re:    *Rahman v. VillageCare of New York, Inc. et al.,* Case No.: 1:25-cv-05560-KPF**

Dear Judge Polk Failla:

We represent the Defendants in the above-referenced matter and write regarding the recent mediation referral order (ECF No. 22).

The mediation order states that this case "involv[es] claims under the Fair Labor Standards Act (FLSA)" (ECF No. 22). However, as reflected in Plaintiff's First Amended Class Action Complaint, Plaintiff has dropped her FLSA claims (and other wage-hour claims) and now proceeds exclusively under the federal and New York State WARN Acts (*see* ECF No. 19).

Defendants, therefore, respectfully request that the parties not be ordered to mediation but, instead, proceed to discovery.

Plaintiff does not consent to this request.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Kyle D. Winnick*

Kyle D. Winnick

cc: All Counsel of Record (via ECF)

The Court has reviewed Defendants' above letter requesting that parties not be referred to the Mediation Office.  (Dkt. #23).  The Court understands that Plaintiff does not consent, but Plaintiff has not filed a specific opposition on the docket.  Defendants' request is GRANTED.

The Court hereby revokes its referral to the Mediation Office.  (*See* Dkt. #22).  The parties shall notify the Court at any point in the future should they wish to be referred for mediation again.

The Court will file a Order scheduling an Initial Pretrial Conference under separate cover.

The Clerk of Court is directed to terminate the pending motion at docket entry 23.

Dated:     December 22, 2025          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE