**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————X

DESIREE RAHMAN, and on behalf of
herself, and all class,                          :     Case No. 1:25-cv-05560-KPF

                Plaintiff,            :

    -against-                                       :     **STIPULATION OF DISMISSAL WITH**
                                                               **PREJUDICE**
VILLAGE CARE SENIOR SERVICES              :
CORP. and VILLAGE CARE OF NEW
YORK, INC.,                                            :

            Defendants.            :

———————————————————X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-captioned action, that the above-captioned proceeding is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  This Stipulation may be executed in counterparts all of which when read together shall constitute the entire Stipulation and facsimile copies of signatures on this Stipulation shall be deemed originals for all purposes.  This Stipulation is binding and is intended by the Parties to be effective upon filing with the Court.

Dated: New York, New York
       June 3, 2026

SEYFARTH SHAW LLP                                    TA LEGAL GROUP PLLC

By:  /s/ Kyle D. Winnick                             By:  _____
    Kyle D. Winnick                                      Taimur Alamgir
    620 Eighth Avenue, 32nd Fl.                          205 E. Main St., Suite 3-2
    New York, New York 10018                             Huntington, NY 11743
    Tel: (212) 218-5500                                  Tel:  (914) 552-2669

*Attorneys for Defendants*                           *Attorneys for Plaintiff*