**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————X

DESIREE RAHMAN, and on behalf of
herself, and all class,

              Plaintiff,

    -against-

VILLAGE CARE SENIOR SERVICES
CORP. and VILLAGE CARE OF NEW
YORK, INC.,

             Defendants.

———————————————————X

Case No. 1:25-cv-05560-KPF

**STIPULATION OF DISMISSAL WITH PREJUDICE**



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-captioned action, that the above-captioned proceeding is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  This Stipulation may be executed in counterparts all of which when read together shall constitute the entire Stipulation and facsimile copies of signatures on this Stipulation shall be deemed originals for all purposes.  This Stipulation is binding and is intended by the Parties to be effective upon filing with the Court.

Dated: New York, New York
       June 3, 2026

SEYFARTH SHAW LLP

By:  /s/ Kyle D. Winnick
    Kyle D. Winnick
    620 Eighth Avenue, 32nd Fl.
    New York, New York 10018
    Tel: (212) 218-5500

*Attorneys for Defendants*

TA LEGAL GROUP PLLC

By: _____
    Taimur Alamgir
    205 E. Main St., Suite 3-2
    Huntington, NY 11743
    Tel:  (914) 552-2669

*Attorneys for Plaintiff*

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:    June 16, 2026
        New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE